KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6960
    Fax: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> LARRY DARNELL HILL, JR., <br>     Defendant. | No. 05-00552-JSW <br><br> ORDER AND STIPULATION FOR CONTINUANCE FROM SEPTEMBER 22, 2005 TO NOVEMBER 3, 2005 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

    With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a status conference on November 3, 2005 at 2:30P.M. and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from September 22, 2005, to November 3, 2005. The parties agree, and the Court finds and holds, as follows:

    1. The defendant has been released on a bond.

    2. Defense counsel was identified on September 16, 2005 and has just begun to review discovery. In addition, the government has just received videotaped and audiotaped discovery, which it is reviewing and preparing to produce to defense counsel.

    3. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) for continuity of counsel and to provide reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

1     4. After a hearing on this matter on September 22, 2005, the Court finds that, taking into account the public interest in the prompt disposition of criminal cases, the ends of justice served by excluding the period from September 22, 2005 to November 3, 2005 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

    7. Accordingly, and with the consent of the defendant, the Court (1) sets a status hearing on November 3, 2005, at 2:30 P.M., and (2) orders that the period from September 22, 2005 to November 3, 2005 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED:    9/27/05                /s/
                                 V. ROY LEFCOURT
                                 Attorney for Larry Hill

DATED:    9/22/05                /s/
                                 MICHELLE MORGAN-KELLY
                                 Assistant United States Attorney

IT IS SO ORDERED.

DATED: September 28, 2005                 /s/ Jeffrey S. White
                                 JEFFREY S. WHITE
                                 United States District Court Judge