```
1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVSBN 0722)
3  Chief, Criminal Division

4  MICHELLE MORGAN-KELLY (DEBN 3651)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6960
7      Fax: (415) 436-7234

8  Attorneys for Plaintiff
```

## UNITED STATES MAGISTRATE COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 05 00552 JSW |
|---|---|
| Plaintiff, | ) ORDER AND STIPULATION FOR CONTINUANCE FROM NOVEMBER 3, 2005 TO DECEMBER 1, 2005 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | |
| LARRY DARNELL HILL, JR., | |
| Defendant. | |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a status hearing on December 1, 2005 at 2:30P.M. and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from November 3, 2005 to December 1, 2005. The parties agree, and the Court finds and holds, as follows:

1. The parties appeared before the Court for a status hearing on this matter on November 3, 2005. Counsel for the defendant, V. Roy Lefcourt, indicated to the Court that due to surgery, he has been unable to review the discovery with his client and to discuss the resolution of this case.

2. Accordingly, the parties requested that the matter be continued until December 1, 2005 for a status hearing and requested the exclusion of time under the Speedy Trial Act.

3. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §

3161(h)(8)(B)(iv) to provide reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4. After a hearing on this matter on November 3, 2005, the Court finds that, taking into account the public interest in the prompt disposition of criminal cases, the ends of justice served by excluding the period from November 3, 2005 to December 1, 2005 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

5. Accordingly, and with the consent of the defendant, the Court (1) sets a status hearing on December 1, 2005, at 2:30 P.M., and (2) orders that the period from November 3, 2005 to December 1, 2005 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED: 11/4/05          /s/
                        V. ROY LEFCOURT
                        Attorney for Defendant Larry Hill

DATED: 11/4/05          /s/
                        MICHELLE MORGAN-KELLY
                        Assistant United States Attorney

IT IS SO ORDERED.

DATED: November 7, 2005

THE HONORABLE JEFFREY S. WHITE
United States District Court Judge