KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6960
    Fax: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> LARRY DARNELL HILL, JR., ) <br> ) <br>     Defendant. ) <br> _____ ) | No.   CR 05 00552 JSW <br><br> ORDER AND STIPULATION FOR CONTINUANCE FROM DECEMBER 1, 2005 THROUGH JANUARY 5, 2006 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

    With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a status hearing on January 5, 2006 at 2:30P.M. and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from December 1, 2005 through January 5, 2006. The parties agree, and the Court finds and holds, as follows:

    1. The parties appeared before the Court for a status hearing on this matter on December 1, 2005. At that time, the parties indicated that they are working toward a resolution of this matter. Counsel for the defendant also indicated that he will be unavailable for a 10-day period during the month of December.

    2. Accordingly, the parties requested that the matter be continued until January 5, 2006 for a status hearing and requested the exclusion of time under the Speedy Trial Act.

    3. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §

3161(h)(8)(B)(iv) for continuity of counsel and to provide reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    4. After a hearing on this matter on December 1, 2005, the Court finds that, taking into account the public interest in the prompt disposition of criminal cases, the ends of justice served by excluding the period from December 1, 2005 through January 5, 2006 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

    5. Accordingly, and with the consent of the defendant, the Court (1) sets a status hearing on January 5, 2006, at 2:30 P.M., and (2) orders that the period from December 1, 2005 through January 5, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED:    12/2/05                              /s/
                                              V. ROY LEFCOURT
                                              Attorney for Defendant Larry Hill

DATED:    12/1/05                              /s/
                                              MICHELLE MORGAN-KELLY
                                              Assistant United States Attorney

IT IS SO ORDERED.

DATED December 5, 2005

THE HONORABLE JEFFREY S. WHITE
United States District Court Judge