| | |
|---|---|
| 1 | KEVIN V. RYAN (CASBN 118321)<br>United States Attorney |
| 2 | |
| 3 | EUMI L. CHOI (WVSBN 0722)<br>Chief, Criminal Division |
| 4 | MICHELLE MORGAN-KELLY (DEBN 3651)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-6960 |
| 7 | Fax: (415) 436-7234 |
| 8 | Attorneys for Plaintiff |

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.   CR 05 00552 JSW |
| Plaintiff, | ) ) | ORDER AND STIPULATION FOR CONTINUANCE FROM FEBRUARY 2, |
| v. | ) ) | 2006 THROUGH FEBRUARY 23, 2006 AND EXCLUDING TIME FROM THE |
| LARRY HILL, | ) ) | SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| Defendant. | ) ) | |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a hearing for change of plea or trial setting on February 23, 2006 at 2:30P.M. and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from February 2, 2006 through February 23, 2006.  The parties agree, and the Court finds and holds, as follows:

    1. The parties appeared before the Court for a status hearing on this matter on February 2 2006.  At that time, the parties indicated that they are working toward a resolution of this matter. Government counsel also indicated that she will be unavailable on February 9, 2006.

    2. Accordingly, the parties requested that the matter be continued until February 23, 2006 and requested the exclusion of time under the Speedy Trial Act.

    3. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §

3161(h)(8)(B)(iv) to provide reasonable time necessary for effective preparation and for continuity of government counsel, taking into account the exercise of due diligence.

    4.  After a hearing on this matter on February 2, 2006, the Court finds that, taking into account the public interest in the prompt disposition of criminal cases, the ends of justice served by excluding the period from February 2, 2006 through February 23, 2006 outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

    5.  Accordingly, and with the consent of the defendant, the Court (1) sets a change of plea or trial setting hearing on February 23, 2006, at 2:30 P.M., and (2) orders that the period from February 2, 2006 through February 23, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED: 2/9/06  
                                              /s/  
                                      V. ROY LEFCOURT  
                                      Counsel for Defendant Larry Hill

DATED: 2/7/06  
                                              /s/  
                                      MICHELLE MORGAN-KELLY  
                                      Assistant United States Attorney

IT IS SO ORDERED.

DATED: February 10, 2006  
                                      THE HONORABLE JEFFREY S. WHITE  
                                      United States District Court Judge

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the office of the United States Attorney, Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned certifies that she caused copies of

**ORDER AND STIPULATION FOR CONTINUANCE FROM FEBRUARY 2, 2006 THROUGH FEBRUARY 23, 2006 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. SECTION 3161(h)(8)(A))**

in the case of **UNITED STATES V. LARRY DARNELL HILL, JR., CR 05-00552 JSW** to be served on the parties in this action, by placing a true copy thereof in a sealed envelope, addressed as follows which is the last known address:

**V. Roy Lefcourt**
**Attorney at Law**
**2019 Webster St.**
**San Francisco, CA  94115**
**Fax No:  415-441-1789**

_____ (By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

__X__ (By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.

_____ (By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

_____ (By Fed Ex), I caused each such envelope to be delivered by FED EX to the address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 8, 2006

/s/
RAWATY YIM
United States Attorney's Office