KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510)637-3705
   Fax:  (510)637-3724

Attorneys for Plaintiff

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.   CR 05 00552 JSW |
|    Plaintiff, ) | ORDER AND STIPULATION FOR CONTINUANCE FROM FEBRUARY 23, 2006 THROUGH MARCH 16, 2006 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
|    v. ) | |
| LARRY HILL, ) | |
|    Defendant. ) | |

     With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a hearing for change of plea or trial setting on March 16, 2006 at 2:30P.M. and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from February 23, 2006 through March 16, 2006.  The parties agree, and the Court finds and holds, as follows:

     1. The parties appeared before the Court for a status hearing on this matter on February 23, 2006. At that time, the parties indicated that they are working toward a resolution of this matter.

     2. Accordingly, the parties requested that the matter be continued until March 16, 2006 and requested the exclusion of time under the Speedy Trial Act.

     3. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §

3161(h)(8)(B)(iv) to provide reasonable time necessary for effective preparation and for continuity of government counsel, taking into account the exercise of due diligence.

4. After a hearing on this matter on February 23, 2006, the Court finds that, taking into account the public interest in the prompt disposition of criminal cases, the ends of justice served by excluding the period from February 23, 2006 through March 16, 2006 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

5. Accordingly, and with the consent of the defendant, the Court (1) sets a change of plea or trial setting hearing on March 16, 2006, at 2:30 P.M., and (2) orders that the period from February 23, 2006 through March 16, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED:_____        _____/s/_____
                                V. ROY LEFCOURT
                                Counsel for Defendant Larry Hill

DATED:_____        _____/s/_____
                                MICHELLE MORGAN-KELLY
                                Assistant United States Attorney

IT IS SO ORDERED.

DATED: March 2, 2006            _____
                                THE HONORABLE JEFFREY S. WHITE
                                United States District Court Judge