KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510)637-3705
   Fax:  (510)637-3724

Attorneys for Plaintiff

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   CR 05 00552 JSW |
| Plaintiff, | ORDER AND STIPULATION FOR CONTINUANCE FROM MARCH 16, 2006 THROUGH APRIL 6, 2006 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | |
| LARRY HILL, | |
| Defendant. | |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a hearing for trial setting on April 6, 2006 at 2:30P.M. and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from March 16, 2006 through April 6, 2006.  The parties agree, and the Court finds and holds, as follows:

1. The parties appeared before the Court for a status hearing on this matter on March 16, 2006.  At that time, the parties indicated that they are working toward a resolution of this matter.

2. Accordingly, the parties requested that the matter be continued until April 6, 2006 and requested the exclusion of time under the Speedy Trial Act.

3. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) to provide reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

1    4. After a hearing on this matter on March 16, 2006, the Court finds that, taking into account the public interest in the prompt disposition of criminal cases, the ends of justice served by excluding the period from March 16, 2006 through April 6, 2006 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

5. Accordingly, and with the consent of the defendant, the Court (1) sets a change of plea or trial setting hearing on April 6, 2006, at 2:30 P.M., and (2) orders that the period from March 16, 2006 through April 6, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED: March 17, 2006                    /s/
                                                        V. ROY LEFCOURT
                                                        Counsel for Defendant Larry Hill

DATED: March 17, 2006                    /s/
                                                        MICHELLE MORGAN-KELLY
                                                        Assistant United States Attorney

IT IS SO ORDERED.

DATED: March 20, 2006                    _/s/ Jeffrey S. White_
                                                        THE HONORABLE JEFFREY S. WHITE
                                                        United States District Court Judge