V.ROY LEFCOURT (SBN 49950)
Attorney at Law
1934 Divisadero Street
San Francisco, CA 94115
(415) 776-0207

Attorney for Defendant
LARRY DARNELL HILL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO: CR 05 00552 JSW |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER TO PRODUCE |
| | ) | EVIDENCE FOR THE TESTING BY |
| v. | ) | DEFENSE EXPERT |
| | ) | |
| LARRY DARNELL HILL, | ) | |
| | ) | |
| Defendant. | ) | |

UPON THE DEFENDANT'S MOTION for an order which requires the Government to produce the following exhibits(s), to wit:

| Exhibit Number | DEA Laboratory Number |
|---|---|
| 97 | 7129330 |
| 102 | D051389 |
| 121 | D051389 |

as reported in DEA FORM-7, REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED, having the Case File No. 05-TF-165, and dated August 16, 2005 for the qualitative analysis and identification of the controlled substance contained therein by a defense expert,

AND UPON THIS COURT'S CONSIDERATION of the arguments and pleadings filed,

IT IS HEREBY ORDERED and DECREED in accordance with FED. R. CRIM. P 16(a)(1)(E), that the Government shall allow the defense to independently inspect and analyze a representative sample from each of the above-listed drug exhibit(s); and

IT IS FURTHER ORDERED that a Drug Enforcement Administration (DEA) Special Agent or Task Force Officer shall deliver the drug exhibit(s) identified above to Celia Hartnett or her agent(s), DEA License No. RF0193778, of Forensic Analytical, located at 3777 Depot Road,

1

Suite 409, Hayward, California, telephone no. 510-887-8828.  The DEA Western Region Laboratory shall arrange the delivery of said representative samples(s) on or before May 5, 2006, to the DEA Special Agent or Task Force Officer for the delivery to Celia Hartnett or her agent(s), of Forensic Analytical; and

IT IS FURTHER ORDERED that upon delivery of the exhibit(s) identified above to the defense expert, that a DEA Special Agent or Task Force Officer shall be present when the defense expert inspects, weighs and removes a representative sample of the exhibit(s) identified above for analysis.  The representative sample shall be in the amount of 500 mg or not more than one-half (1/2) the current reserve weight, if less than 1 gram presently remains as the reserve weight, from each of the above-described exhibit(s).  The weight of each representative sample taken shall be documented and signed by the defense expert and provided to the DEA Special Agent or Task Force Officer in attendance.  Upon the completion of the sample removal and weighing, the defense expert shall, forthwith, return the remaining above-listed exhibit(s) to the DEA Agent and Task Forcer Officer in attendance; and

IT IS FURTHER ORDERED that the defense expert shall conduct the qualitative analyses and identification ordered herein, and shall provide the Government with an *Unsworn Declaration Under Penalty of Perjury*, under 28 U.S.C. 1746, executed by the individual who conducted the analyses, or the head of the facility where the analyses occurred, which states the quantity of each exhibit consumed during testing, and either the weight of each exhibit returned to the Government, or a statement that all sample was consumed during testing; and

IT IS FURTHER ORDERED that all remaining material of the sample(s), after testing, is to be returned by Celia Hartnett or her agent(s) to the DEA Western Region Laboratory via registered U.S. mail, return receipt requested, or approved commercial carrier, within five (5) business days after the completion of analyses; and

IT IS FURTHER ORDERED in accordance with FED. R. CRIM. P. 16(b)(1)(B), that the defendant shall provide the Government with a copy of the results or report of the physical examinations and scientific tests or experiments which resulted from the analyses conducted under this Order; and

IT IS FURTHER ORDERED that Celia Hartnett or her agent(s) is to safeguard the representative samples(s) received, preserving the chain of custody in a manner to faithfully protect the integrity of each exhibit received.

SO ORDERED this 21 day of APRIL, 2006.

BY THE COURT:

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

 /s/  V.Roy Lefcourt_____
V.ROY LEFCOURT
Attorney for Defendant

 /s/ Michelle Morgan-Kelly____
MICHELLE MORGAN-KELLY
Assistant U.S. Attorney