1   KEVIN V. RYAN (CASBN 118321)
   United States Attorney

2

3   EUMI L. CHOI (WVSBN 0722)
   Chief, Criminal Division

4   MICHELLE MORGAN-KELLY (DEBN 3651)
   Assistant United States Attorney

5

6    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510)637-3705

7    Fax:  (510)637-3724

8   Attorneys for Plaintiff

9                UNITED STATES MAGISTRATE COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 12   UNITED STATES OF AMERICA, | ) | No.    CR 05 00552 JSW |
| 13        Plaintiff, | ) | ORDER AND STIPULATION FOR |
| | ) | CONTINUANCE FROM APRIL 6, 2006 |
| 14    v. | ) | THROUGH APRIL 27, 2006 AND |
| | ) | EXCLUDING TIME FROM THE SPEEDY |
| 15   LARRY HILL, | ) | TRIAL ACT CALCULATION (18 U.S.C. § |
| | ) | 3161(h)(8)(A)) |
| 16        Defendant. | ) | |
| 17 | ) | |

18       With the agreement of the parties, and with the consent of the defendant, the Court enters

19 this order scheduling a hearing for trial setting on April 27, 2006 at 2:30P.M. and documenting

20 the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from April 6, 2006

21 through April 27, 2006.  The parties agree, and the Court finds and holds, as follows:

22       1.  The parties appeared before the Court for a status hearing on this matter on April 6,

23 2006.  At that time, the parties indicated that the defendant is conducting additional investigation

24 in the hopes of reaching a resolution of this matter.

25       2.  Accordingly, the parties requested that the matter be continued until April 27, 2006

26 and requested the exclusion of time under the Speedy Trial Act.

27       3.  The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §

28 3161(h)(8)(B)(iv) to provide reasonable time necessary for effective preparation, taking into

account the exercise of due diligence.

    4.  After a hearing on this matter on April 6, 2006, the Court finds that, taking into account the public interest in the prompt disposition of criminal cases, the ends of justice served by excluding the period from April 6, 2006 through April 27, 2006 outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

    5.  Accordingly, and with the consent of the defendant, the Court (1) sets a trial setting hearing on April 27, 2006, at 2:30 P.M., and (2) orders that the period from April 6, 2006 through April 27, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED:   4/21/06                                    /s/
                                                             V. ROY LEFCOURT
                                                             Counsel for Defendant Larry Hill


DATED:   4/11/06                                    /s/
                                                             MICHELLE MORGAN-KELLY
                                                             Assistant United States Attorney


IT IS SO ORDERED.

DATED:   April 26, 2006
                                                             THE HONORABLE JEFFREY S. WHITE
                                                             United States District Court Judge

2