1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVSBN 0722)
3  Chief, Criminal Division

4  MICHELLE MORGAN-KELLY (DEBN 3651)
   Assistant United States Attorney
5
     1301 Clay Street, Suite 340S
6    Oakland, California 94612
     Telephone: (510)637-3705
7    Fax:  (510)637-3724

8  Attorneys for Plaintiff

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12 UNITED STATES OF AMERICA,           )   No.   CR 05 00552 JSW
                                       )
13     Plaintiff,                      )   ORDER AND STIPULATION FOR
                                       )   CONTINUANCE FROM APRIL 27, 2006
14     v.                              )   THROUGH MAY 18, 2006 AND
                                       )   EXCLUDING TIME FROM THE SPEEDY
15 LARRY HILL,                         )   TRIAL ACT CALCULATION (18 U.S.C. §
                                       )   3161(h)(8)(A))
16     Defendant.                      )
                                       )
17

18      With the agreement of the parties, and with the consent of the defendant, the Court enters

19 this order scheduling a hearing for trial setting on May 18, 2006 at 2:30P.M. and documenting

20 the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from April 27, 2006

21 through May 18, 2006.  The parties agree, and the Court finds and holds, as follows:

22      1. The parties appeared before the Court for a status hearing on this matter on April 27,

23 2006.  At that time, the parties indicated that the defendant is arranging to reweigh of the drugs

24 that form the basis for the charges in this case, which cannot commence until the week of May 1,

25 2006, and which may have a significant impact on negotiations to resolve the case short of a trial.

26      2. In addition, counsel for the government indicated that she will be out of the country

27 May 10-16, 2006.

28      3. Accordingly, the parties requested that the matter be continued until May 18, 2006.

4. The parties hereby request an exclusion of time under the Speedy Trial Act of the period from April 27, 2006 through May 18, 2006. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) to provide reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and for continuity of government counsel. The parties submit that taking into account the public interest in the prompt disposition of criminal cases, the ends of justice would be served by excluding this time period outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

5. After consideration of this matter, the Court finds that, taking into account the public interest in the prompt disposition of criminal cases, the ends of justice served by excluding the period from April 6, 2006 through April 27, 2006 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

6. Accordingly, and with the consent of the defendant, the Court (1) sets a trial setting hearing on May 18, 2006, at 2:30 P.M., and (2) orders that the period from April 27, 2006 through May 18, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED: 4/28/06        /s/
                     V. ROY LEFCOURT
                     Counsel for Defendant Larry Hill

DATED: 4/27/06        /s/
                     MICHELLE MORGAN-KELLY
                     Assistant United States Attorney

IT IS SO ORDERED.

DATED: May 1, 2006    THE HONORABLE JEFFREY S. WHITE
                     United States District Court Judge