KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510)637-3705
   Fax:  (510)637-3724

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   CR 05 00552 JSW |
|    Plaintiff, | ORDER AND STIPULATION FOR CONTINUANCE FROM MAY 18, 2006 THROUGH JUNE 1, 2006 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | |
| LARRY HILL, | |
|    Defendant. | |

     With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a hearing for change of plea or trial setting on June 1, 2006 at 2:30P.M. and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from May 18, 2006 through June 1, 2006. The parties agree, and the Court finds and holds, as follows:

     1. The parties appeared before the Court for a status hearing on this matter on May 18, 2006. At that time, the parties indicated that the defendant has proposed a resolution of the case, which the government will require time to consider.

     2. Accordingly, the parties requested that the matter be continued until June 1, 2006.

     3. The parties requested an exclusion of time under the Speedy Trial Act for the period from May 18, 2006 through June 1, 2006. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) to provide reasonable time necessary for

effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv).

4. After consideration of this matter, the Court finds that, taking into account the public interest in the prompt disposition of criminal cases, the ends of justice served by excluding the period from May 18, 2006 through June 1, 2006 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

5. Accordingly, and with the consent of the defendant, the Court (1) sets a change of plea or trial setting hearing on June 1, 2006, at 2:30 P.M., and (2) orders that the period from May 18, 2006 through June 1, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED: 5/27/06                    /s/
                                  V. ROY LEFCOURT
                                  Counsel for Defendant Larry Hill

DATED: 5/19/06                    /s/
                                  MICHELLE MORGAN-KELLY
                                  Assistant United States Attorney

IT IS SO ORDERED.

DATED: May 31, 2006
                                  THE HONORABLE JEFFREY S. WHITE
                                  United States District Court Judge

2