KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK KROTOSKI (CABN 138549)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510)637-3705
   Fax:  (510)637-3724

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.   CR 05 00552 JSW |
|    Plaintiff, ) | ORDER AND STIPULATION FOR CONTINUANCE FROM JUNE 1, 2006 |
| v. ) | THROUGH JUNE 22, 2006 AND EXCLUDING TIME FROM THE SPEEDY |
| LARRY HILL, ) | TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
|    Defendant. ) | |

     With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a hearing for change of plea or trial setting on June 22, 2006 at 2:30P.M. and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from June 1, 2006 through June 22, 2006.  The parties agree, and the Court finds and holds, as follows:

     1. The parties appeared before the Court for a status hearing on this matter on June 1, 2006. At that time, the parties indicated that they are negotiating the details of a resolution of the case.

     2. Accordingly, the parties requested that the matter be continued until June 22, 2006.

     3. The parties requested an exclusion of time under the Speedy Trial Act for the period from June 1, 2006 through June 22, 2006.  The defendant agrees to an exclusion of time under

1  the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) to provide reasonable time necessary for
2  effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §
3  3161(h)(8)(B)(iv).

    4. After consideration of this matter, the Court finds that, taking into account the public interest in the prompt disposition of criminal cases, the ends of justice served by excluding the period from June 1, 2006 through June 22, 2006 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

    5. Accordingly, and with the consent of the defendant, the Court (1) sets a change of plea or trial setting hearing on June 22, 2006, at 2:30 P.M., and (2) orders that the period from June 1, 2006 through June 22, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED:    6/22/06                    /s/
                                     V. ROY LEFCOURT
                                     Counsel for Defendant Larry Hill


DATED:   6/19/06                      /s/
                                     MICHELLE MORGAN-KELLY
                                     Assistant United States Attorney

IT IS SO ORDERED.

DATED:  June 23, 2006                _____
                                     THE HONORABLE JEFFREY S. WHITE
                                     United States District Court Judge