IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | No. CR 05-00552-1 JSW |
|   v. | **ORDER RE CORRESPONDENCE** |
| LARRY D. HILL, | |
|     Defendant. | |

On September 14, 2006, the Court received a packet of materials in aid of sentencing directly from Defendant. By this Order, the Court forwards these materials to the parties for their consideration.

**IT IS SO ORDERED.**

Dated: September 15, 2006

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE