IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | No. CR 05-00552-1 JSW |
|   v. | **ORDER RE CORRESPONDENCE** |
| LARRY D. HILL, | |
|     Defendant.                            / | |

On or about October 10, 2006, the Court received a letter in aid of sentencing Defendant's relative Dorian Brown-Boyd. By this Order, the Court forwards the letter and its attachment to the parties for their consideration.

**IT IS SO ORDERED.**

Dated: October 16, 2006

                                                  JEFFREY S. WHITE
                                                  UNITED STATES DISTRICT JUDGE